In the Matter of Fiesta Realty Corp., Appellant, against Joseph D. McGoldrick, as State Rent Administrator, Respondent, and Eusmelis Santiago et al., Interveners-Respondents.

Argued January 19, 1955; decided March 11, 1955.

*George B. Tepper* for appellant.

*Beatrice Shainswit* and *Hortense W. Gabel* for State Rent Administrator, respondent.

*John W. Williams* and *Harry Wallach* for interveners-respondents.

Order reversed and petition dismissed, without costs, upon the ground that the order of remand by the State Rent Administrator to the local rent administrator to fix maximum rent did not finally determine the rights of the parties, and that whether this building is subject to rent control cannot be reviewed under these circumstances until a maximum rent has been fixed (Civ. Prac. Act, § 1285, subd. 3; L. 1946, ch. 274, § 9, subd. 1, as amd. by L. 1951, ch. 443). No opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.